LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN          6154
EFFIE A. STEIGER         8833
Pauahi Tower, Suite 2005
1003 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 523-5900

Attorneys for Plaintiff
DANIEL SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL SANTOS, <br><br> Plaintiff, <br><br> vs. <br><br> WAIKIKI RESORT HOTEL, INC., DOE DEFENDANTS 1-20, DOE CORPORATIONS, 1-20, DOE GOVERNMENT AGENCIES 1-20, DOE PARTNERSHIPS 1-20, <br><br> Defendants. | CIVIL NO. CV 10-00030 DAE KSC <br> [Other Non-Vehicle Tort] <br><br> **STIPULATION FOR EXTENSION OF THE RULE 16 SCHEDULING ORDER'S DEADLINE FOR PARTIES TO DISCLOSE THE IDENTITY AND WRITTEN REPORT OF ANY PERSON WHO MAY BE USED AT TRIAL TO PRESENT EVIDENCE UNDER RULES 702, 703 AND/OR 705 OF THE FEDERAL RULES OF EVIDENCE; ORDER** <br><br> Trial Date Set**:**   April 26, 2011 <br> Judge:              The Honorable <br>                         David A. Ezra |

F:Santos\Pleadings\Stip to Extend Deadlines

**STIPULATION FOR EXTENSION OF THE RULE 16 SCHEDULING ORDER'S DEADLINE FOR PARTIES TO DISCLOSE THE IDENTITY AND WRITTEN REPORT OF ANY PERSON WHO MAY BE USED AT TRIAL TO PRESENT EVIDENCE <u>UNDER RULES 702, 703 AND/OR 705 OF THE FEDERAL RULES OF EVIDENCE</u>**

IT IS HEREBY STIPULATED by and between counsel of record, that the Rule 16

Scheduling Order's deadlines for the parties to disclose the identity and written report of any

person who may be used at trial to present evidence under Rules 702, 703, and/or 705 of the

1

Federal Rules of Evidence be extended by thirty (30) days.  Therefore, the amended Rule 16 Scheduling Order deadlines are as follows:

1. Plaintiff's deadline to disclose the identity and written report of any person who may be used at trial to present expert evidence is extended from October 25, 2010 to November 24, 2010;

2. Defendants' deadline to disclose the identity and written report of any person who may be used at trial to present expert evidence is extended from November 24, 2010 to December 24, 2010;

Dated: Honolulu, Hawaii, October 7, 2010.

/s/ Philip R. Brown
PHILIP R. BROWN, ESQ.
EFFIE STEIGER, ESQ.
JUSTIN CHU, ESQ.

Attorneys for Plaintiff
DANIEL SANTOS

/s/ Marylyn S.H. Naitoh
MARILYN S.H. NAITOH, ESQ.

Attorney for Defendant
WAIKIKI RESORT HOTEL, INC.

APPROVED AND SO ORDERED:



Kevin S.C. Chang
United States Magistrate Judge

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII; <u>Daniel Santos v. Waikiki Resort Hotel</u>; Civil No. CV 10-00030 DAE/KSC; STIPULATION FOR EXTENSION OF THE RULE 16 SCHEDULING ORDER'S DEADLINE FOR PARTIES TO DISCLOSE THE IDENTITY AND WRITTEN REPORT OF ANY PERSON WHO MAY BE USED AT TRIAL TO PRESENT EVIDENCE UNDER RULES 702, 703 AND/OR 705 OF THE FEDERAL RULES OF EVIDENCE**